IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| West Bend Mutual Insurance Co. <br> Plaintiff | ) <br> ) <br> ) | Case No: 13 CV 50014 |
| v. | ) <br> ) <br> ) | Judge: Honorable Philip G. Reinhard |
| West Galena Development, Inc., et al <br> Defendants. | ) <br> ) <br> ) <br> ) | Magistrate Judge: P. Michael Mahoney |

## ORDER

    Motion Hearing held 2/05/2014. It is the Report and Recommendation of the Magistrate Judge that the District Court grant Plaintiffs' Motion [19] and enter default against the Defendants West Galena Development, Inc., Chains & Links, Inc., and Jeffrey and Judy Hartness, individually. Furthermore, the court appoints Attorney Philip F. Jensen as *guardian ad litem* to represent the interests of the minor defendant, Sean Hartness, and grants the attorney until 3/06/2014 to file a Response. Attorney Information: Philip F. Jensen, Hammer, Simon & Jensen, 775 Sinsinawa Ave., East Dubuque, IL 61025; 815-747-6999; phil@hsjlegal.com. Pursuant to FRCP 72, a party must file any written objections to this order within 14 days after being served with a copy of the order. Failure to make a timely objection may constitute a waiver of appellate review of the Magistrate Judge's order. Status hearing set for 3/12/2014 at 1:30 PM.

Date: 2/5/2014                          /s/ P. Michael Mahoney, U.S. Magistrate Judge