IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| West Bend Mutual Insurance Co., | ) |
| | ) Case No. 13 C 50014 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| West Galena Development, Inc., et al., | ) |
| | ) Judge Philip G. Reinhard |
| Defendants. | ) |
| | ) |

## ORDER

      On 2/5/2014, Magistrate Judge Mahoney entered a report and recommendation [21] that plaintiff's motion [19] for entry of default as to certain defendants be granted and ordered the appointment of a guardian ad litem as to the minor defendant, Sean Hartness. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Default is entered against defendants West Galena Development, Inc., Chains & Links, Inc., Jeffrey Hartness and Judy Hartness. Attorney Philip F. Jensen is appointed guardian ad litem per the terms of Magistrate Judge Mahoney's order [21]. His response on behalf of Sean Hartness is due 3/6/2014.

Date: 2/25/14                            ENTER:

                                                    _____
                                                    United States District Court Judge

                                                    Notices mailed by Judicial Staff. (LC)