## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| West Bend Mutual Ins. Co., | ) | |
|     Plaintiff, | ) | Case No: 13 cv 50014 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| West Galena Development Inc. et al, | ) | |
|     Defendants. | ) | |

## ORDER

Upon review of the docket, the Court noted that not all of the parties consented to proceed before the magistrate judge as required by 28 U.S.C. § 636(c)(1). *See Jaliwala v. United States*, 945 F.2d 221 (7th Cir. 1991). Specifically, Defendants West Galena Development, Inc., Chain & Link, Inc., and Jeffrey and Judy Hartness, Individually, have not consented to proceed before the magistrate judge, as they have not even appeared. Accordingly, the Court strikes minute entry [42] approving the settlement agreement and the approved settlement agreement [43]. It is the report and recommendation of the Court that the agreed motion to approve the settlement agreement between plaintiff West Bend and minor defendant S.H. [40] be granted and, pursuant to the terms of the Settlement Agreement, the claims against defendant S.H. be dismissed with prejudice. Any objection to the Report and Recommendation is due by 7/21/2014. The Plaintiff's anticipated motion for judgment against the defaulting defendants remains due 7/8/2014 and the telephonic status hearing remains set for 7/10/2014 at 9:00 AM. The parties are directed to contact the Court's operations specialist by 7/8 with their contact information so that the Court can place the call.

Date: July 3, 2014                          /s/ Iain D. Johnston