IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| West Bend Mutual Insurance Company, ) | |
| ) | Case No. 13 C 50014 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| West Galena Development, Inc., et al., ) | |
| ) | Judge Philip G. Reinhard |
| Defendants. ) | |

## ORDER

    On 7/3/2014, Magistrate Judge Johnston entered a report a recommendation [44] that the agreed motion [40] to approve the settlement agreement between plaintiff and the minor defendant, S.H. be granted and that pursuant to the terms of that settlement agreement, the claims against defendant S.H. be dismissed with prejudice. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. The motion [40] to approve the settlement agreement is granted. The claims against defendant S.H. are dismissed with prejudice. Case remains open as to remaining defendants. Motion for default judgment as to other defendants remains pending.

Date: 7/22/2014                          ENTER:

                                                        _____
                                                        United States District Court Judge

                                                                     Electronic Notices. (LC)